**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CHARLIE NATTIEL,

      Plaintiff,

v.                                CASE NO. 1:15-cv-00150-WTH-GRJ

FLORIDA DEPARTMENT OF CORRECTIONS,
MINDY TOMLINSON,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING MOTION FOR SUMMARY JUDGMENT**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation, ECF No. 89, regarding Mindy Tomlinson's Motion for Summary Judgment,

ECF No. 81. The plaintiff did not respond to the motion for summary judgment and did not file

objections to the Report and Recommendation, despite having been afforded an opportunity to

file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having considered

the Report and Recommendation, I have determined that the Report and Recommendation

should be adopted. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      The Magistrate Judge's Report and Recommendation, ECF No. 89, is adopted and
incorporated by reference in this order, and Mindy Tomlinson's Motion for
Summary Judgment, ECF No. 81, is GRANTED. The Clerk should terminate Ms.
Tomlinson as a defendant but should not enter judgment at this time.

      **DONE AND ORDERED** this _27th_ day of November, 2017

                                    _____

                                    **UNITED STATES DISTRICT JUDGE**